IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEON C. FERGUSON, JR.,

        Plaintiff,

v.

END GREY, *et al.*,

        Defendants.

Case No. 24-cv-01828-SPM

# JUDGMENT IN A CIVIL CASE

**MCGLYNN, District Judge:**

This action came before the Court, District Judge Stephen P. McGlynn, and the following decision was reached:

Plaintiff shall recover nothing, and this entire action is **DISMISSED without prejudice**.

**DATED: December 4, 2024**

                                            **MONICA A. STUMP,**
                                            **Clerk of Court**

                                            **By:** *s Megan Moyers*
                                                    **Deputy Clerk**

**APPROVED:** *s/Stephen P. McGlynn*
                      **STEPHEN P. MCGLYNN**
                      **United States District Judge**